1  BLANK ROME LLP
   Colleen A. Carolan (SBN 210755)
2  Carolan@BlankRome.com
   1925 Century Park East, 19th Floor
3  Los Angeles, CA 90067
   Telephone: 424.239.3400
4  Facsimile:  424.239.3434

5  Attorneys for Plaintiff
   SYNTHES USA SALES, LLC
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | SYNTHES USA SALES, LLC , | Case No. 1:10-MC-00046-SKO |
|---|---|---|
| 12 | Plaintiff, | **WRIT OF EXECUTION** |
| 13 | vs. | Date:     December 3, 2010 |
| 14 | MARK POPE, | |
| 15 | Defendant. | |

16

17

18         TO:   THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT

19  OF CALIFORNIA

20         You are directed to enforce the Judgment described below with interest and

21  costs as provided by law.

22         On October 27, 2010, a judgment was entered in the above-entitled action in

23  favor of:

24         SYNTHES USA SALES, LLC

25  as Judgment Creditor and against:

26         MARK POPE

27  as Judgment Debtor, for:

28

090725.00597/95033324v.1
WRIT OF EXECUTION

1    $     42,250.00   Monetary

2    $     84,500.00   Exemplary

3    $     30,000.98   Fees and costs

4    $    156,750.98   JUDGMENT AS ENTERED

6    WHEREAS, according to an affidavit filed herewith it appears that further

7 sums have accrued since the entry of judgment in the Eastern District of Pennsylvania,

8 to wit: $1,750.56 accrued interest, and

9    To date, there have been no payments or partial satisfaction of the Judgment,

10 and thus $0.00 is to be credited against the total accrued costs and accrued interest,

11 leaving a net balance of:

12    $158,501.54 ACTUALLY DUE on the date of the issuance of this writ of

13 which is due on the Judgment as entered and bears interest at six percent (6%) per

14 annum, in the amount of $20.84 per day, from the date of issuance of this writ, to

15 which must be added the commissions and costs of the officer executing this writ.[1]

19               CLERK, UNITED STATES DISTRICT COURT

21

22 Dated:           By:   /. Lundstrom

23

24                        Deputy Clerk

27 [1] Said Judgment was registered herein under Title 28, U.S.C. § 1963 and was originally entered on September 10, 2010

28 in the Eastern District of Pennsylvania.  Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the
district of origin and calculated as of the date of entry in that district.
090725.00597/95033324v.1          1

**WRIT OF EXECUTION**

1        The following are name(s) and address(es) of the judgment debtor(s) to whom a

2 copy of the Writ of Execution must be mailed unless it was served at the time of the

3 levy.

4

5       MARK POPE

6       5300 BENEVENTO COURT

7       BAKERSFIELD, CA  93308

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

090725.00597/95033324v.1            2
**WRIT OF EXECUTION**